UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>   Plaintiff,<br><br> v.<br><br>DELICIOUS PASTA, INC., et al.,<br><br>   Defendants. | Case No. 20-cv-04196-JSW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 1, 6 |

Plaintiff filed the complaint in this action on June 25, 2020, and the summons was issued on June 29, 2020. There is no indication that Plaintiff has served Defendants. Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff's response to this Order to Show Cause is due by no later than February 10, 2021.

**IT IS SO ORDERED.**

Dated: January 27, 2021

               _____
               JEFFREY S. WHITE
               United States District Judge